EMANUEL POLITO et al., Constituting the Firm of "POLITO BROTHERS," Respondents, *v.* GUISEPPE PITRIELLO et al., Appellants.

*Polito* v. *Pitriello,* 132 App. Div. 903, affirmed.
(Argued February 28, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 27, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to forclose a mechanic's lien.

*H. II. Van Dyck, Bruce R. Duncan* and *Peter J. McGoldrick* for appellants.

*K. C. McDonald* and *M. V. McDonald* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BART-LETT, HISCOCK, CHASE and COLLIN, JJ.

---

NEWBURGH LIGHT, HEAT AND POWER COMPANY, Respondent, *v.* THE TRAVELERS' INSURANCE COMPANY, Appellant.

*Newburgh L., H. & P. Co.* v. *Travelers' Ins. Co.,* 134 App. Div. 913, affirmed.
(Argued February 27, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 18, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a policy of liability insurance.

*Frank V. Johnson* and *William L. O'Brion* for appellant.

*Arthur F. Gotthold* and *John L. Wilkie* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BART-LETT, HISCOCK, CHASE and COLLIN, JJ.